IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALIMA BAHSHOOTA,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN COMMUNITY COLLEGE FORT CAMPUS OMAHA, NEBRASKA,<br><br>        Defendant. | 8:23-CV-450<br><br>ORDER |

On May 15, 2025, the Court ordered the plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing 9. To date, the plaintiff has not filed an amended complaint or taken any other action in this matter. Accordingly,

IT IS ORDERED:

1. This matter is dismissed without prejudice because the plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. A separate judgment will be entered.

Dated this 18th day of June, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge